The relief described hereinbelow is SO ORDERED.

SIGNED this 1st day of June, 2022.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Kimberly Ann Atkins

        Debtor,         Case No: 21-21184-13

ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
TO CLAIM NO. 14 OF PORTFOLIO RECOVERY ASSOCIATES

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 14 of PORTFOLIO RECOVERY ASSOCIATES. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of PORTFOLIO RECOVERY ASSOCIATES should be, and hereby is, treated as follows:

Not allowed for the following reason:

The claim is unenforceable under 11 USC Section 502(b)(1). It has been more than five years from the last transaction date of 6/9/2014.

###

Prepared and Approved by:

/s/ W.H. Griffin

W.H. Griffin #8060  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393  
(913)677-1311  
(913)432-7857(Fax)